GAIL SHIFMAN (State Bar No. 147334)
SARAH POTTER (State Bar No. 280478)
Law Offices of Gail Shifman
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorneys for Defendant
LOBIS BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR11-0832 SI (JCS) |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER MODIFYING CONDITIONS** |
| vs. ) | **OF PRETRIAL RELEASE** |
| ) | |
| LOBIS BURTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon being advised that Pretrial Services has no objection to this modification, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant shall be allowed to leave the half way house with his wife Gail Burton to attend his 73rd birthday dinner with family members at Benihana Restaurant, 1737 Post Street, San Francisco on April 14, 2012 from 5:30 p.m. returning at 9:30 p.m.

2. All other conditions shall remain the same.

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE   1

Dated: April 4, 2012

/s/
_____
GAIL SHIFMAN
Attorney for Defendant

Dated: April 4, 2012

/s/
_____
KATHERINE DOWLING
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall be allowed to leave the half way house with his wife Gail Burton to attend his 73rd birthday dinner with family members at Benihana Restaurant, 1737 Post Street, San Francisco on April 14, 2012 from 5:30 p.m. returning at 9:30 p.m.

2. All other conditions shall remain the same.

Dated: April __5__, 2012

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

STIPULATION & [~~PROPOSED~~] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE          2